[No. 11777-4-III. Division Three. June 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON OLIVER NUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 91-8-00027-9, Bruce P. Hanson, J. Pro Tem., entered July 2, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.


[No. 11888-6-III. Division Three. June 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY CECIL EARLY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00157-1, Kathleen M. O'Connor, J., entered September 26, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.


[No. 14561-8-II. Division Two. June 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY JAY WEIR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00592-1, Thomas L. Lodge, J., entered December 20, 1990. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.